

# INBiz: your one-stop source for your business.

Need Help? Give us a call:
1-317-234-9768

## Business Search

I'm not a robot

reCAPTCHA
Privacy - Terms

Alert

I would like to search by

- ○ Contains
- ○ Starts With
- ○ Exact Match

- ● Business Name

Weltman, Weinberg & Reis Co.

No data found.

OK

- ○ Business ID

- ○ Filing Number

- ○ Registered Agent Name

- ○ Incorporator/Governing Person Name

## Advanced Search

I would like to search by

Type:

https://bsd.sos.in.gov/PublicBusinessSearch

-- Select Entity Type --

Status

-- Select --

Name Type

-- Select Name Type --

Street Address 1

Alert

No data found.

City

Zip Code

SEARCH                                                        RESET

] Contact INBiz.

1-317-234-9768
302 W. Washington Street
Room E018
Indianapolis, IN 46204

] Stay connected.

   

] Working together for you.




# Weltman, Weinberg & Reis Co., L.P.A.

| | | | |
|---|---|---|---|
| NMLS ID: 943740 | Street Address: 5990 West Creek Rd. Suite 200 Independence, OH 44131 | Phone: 216-739-5125 Toll-Free Number: 800-884-4128 Fax: 216-739-5116 | Website: www.weltman.com, www.wwrepay.com Email: EBITTERMAN@WELTMAN.COM |
| | Mailing Address: 5990 West Creek Rd. Suite 200 Independence, OH 44131 | | |

Other Trade Names : None
Prior Other Trade Names : None
Prior Legal Names : None
Sponsored MLOs : 2

Fiscal Year End: 12/31    Formed in: Ohio, United States    Date Formed: 01/01/1972    Stock Symbol: None    Business Structure: Corporation

Regulatory Actions : None posted in NMLS.

**Branch Locations** (3 Active, 1 Inactive)

**State Licenses/Registrations** (Displaying 8 Active, 1 Inactive of 9 Total)

| Regulator | Lic/Reg Name | Authorized to Conduct Business | Consumer Complaint |
|---|---|---|---|
| California - DFPI | Debt Collection License | Yes | Submit to Regulator |
| Connecticut | Consumer Collection Agency License | Yes | Submit to Regulator |
| Idaho | Collection Agency License | Yes | Submit to Regulator |
| Maine | Debt Collector | Yes | Submit to Regulator |
| Maryland | Collection Agency License | Yes | Submit to Regulator |
| Massachusetts | Debt Collector | Yes | Submit to Regulator |
| Nevada - FID | Collection Agency License | Yes | Submit to Regulator |
| Oregon | Collection Agency Registration | Yes | Submit to Regulator |
| Oregon | Collection Agency Registration | No | Submit to Regulator |

Regulatory Actions    While some state and federal agencies may add actions taken in previous years against a licensee, the majority are adding only new actions from 2012 or later. To view complete information regarding regulatory actions posted by the agency, click any regulator link.

No regulatory actions have been posted in NMLS.

Information made available through NMLS Consumer Access℠ is derived from NMLS **(Nationwide Multistate Licensing System / Nationwide Mortgage Licensing System and Registry)**, the financial services industry's online registration and licensing database. NMLS was created by the Conference of State Bank Supervisors (CSBS) and the American Association of Residential Mortgage Regulators (AARMR) and is owned and operated by the State Regulatory Registry LLC (SRR), a wholly owned subsidiary of CSBS. For more information about the System, please visit the NMLS Resource Center or the NMLS Federal Registry Resource Center websites. | Download PDF Reader

USDC IN/ND case 1:24-cv-00405-HAB-SLC    document 1-1    filed 09/23/24    page 4 of 9

9/9/24, 9:31 PM          Indiana Code § 25-11-1-3. "Nationwide Multistate Licensing System"; Application; Contents; Fee; Renewal; Surety Bond; Agent for S…



Exhibit C

Go to previous versions of this Section

# 2023 Indiana Code
# Title 25. Professions and Occupations
# Article 11. Collection Agencies
# Chapter 1. Licensing of Collection Agencies by Secretary of State
## 25-11-1-3. "Nationwide Multistate Licensing System"; Application; Contents; Fee; Renewal; Surety Bond; Agent for Service of Process; Designation of Nmls by Secretary of State

**Universal Citation:**
IN Code § 25-11-1-3 (2023) 

‹ Previous                                                          Next ›

Sec. 3. (a) As used in this section, "Nationwide Multistate Licensing System" refers to a multistate licensing system owned and operated by the State Regulatory Registry, LLC, or by a successor or an affiliated entity, for the licensing and registration of:

   (1) creditors;

9/20/24, 3:11 PM                    Indiana Code § 25-11-1-1. General Definitions :: 2021 Indiana Code :: US Codes and Statutes :: US Law :: Justia

USDC IN/ND case 1:24-cv-00405-HAB-SLC    document 1-1    filed 09/23/24    page 5 of 9



There is a newer version of this Section

View our newest version here

# 2021 Indiana Code
# Title 25. Professions and Occupations
# Article 11. Collection Agencies
# Chapter 1. Licensing of Collection Agencies by Secretary of State
# 25-11-1-1. General Definitions

**Universal Citation:**
IN Code § 25-11-1-1 (2021)

Next >

Sec. 1. As used in this chapter, unless the context otherwise requires:

(a) The term "person" means any individual, firm, partnership, limited liability company, or corporation.

(b) The term "collection agency" means and includes all persons engaging directly or indirectly and as a primary or secondary object, business, or pursuit, in soliciting claims for collection, or in the collection of claims owed or due or asserted to be owed or due to another, including child support arrearages under IC 31-25-4. The term "collection agency" also means and includes, but shall not be limited to, any person who sells, furnishes, or maintains a letter or written demand service, including stickers or coupon books, designed for the purpose of making demand on any debtor on behalf of any

USDC IN/ND case 1:24-cv-00405-HAB-SLC    document 1-1    filed 09/23/24    page 6 of 9

9/9/24, 9:31 PM	Indiana Code § 25-11-1-3. "Nationwide Multistate Licensing System"; Application; Contents; Fee; Renewal; Surety Bond; Agent for S…

(2) mortgage loan originators;

(3) other financial services entities; and

(4) employees and agents of the persons described in subdivisions (1) through (3).

The term includes "NMLS" and any other name or acronym that may be assigned to the system by the State Regulatory Registry, LLC, or by a successor or an affiliated entity of the State Regulatory Registry, LLC.

(b) Any person desiring to conduct a collection agency shall make an application to the secretary of state upon such forms as may be prescribed by the secretary of state. Such application shall include the following:

(1) If the applicant is an individual:

(A) the individual's name;

(B) the individual's residence address;

(C) the address of each location from which the individual carries out the activities of the collection agency; and

(D) a statement that the individual satisfies the qualifications set forth in section 4 of this chapter.

(2) If the applicant is a partnership:

(A) the name of each partner;

(B) the business address of the partnership;

(C) the residence address of at least one (1) of the partners;

(D) the address of each location from which the partnership carries out the activities of the collection agency; and

(E) a statement that each partner in the partnership satisfies the qualifications set forth in section 4 of this chapter.

(3) If the applicant is a limited liability company:

(A) the date and place of organization;

| 09/09/2024 | **Affidavit Filed** | |
| | AFFIDAVIT OF ADAM SAPER | |
| | Filed By: | Consumers Credit Union |
| | File Date: | 09/06/2024 |
| 09/12/2024 | **Document Filed** | |
| | Notice of Interest | |
| | Filed By: | Washtour, Ter Tooch |
| | File Stamp: | 09/09/2024 |
| 09/12/2024 | **Motion Filed** | |
| | Motion to Dismiss Due to Faud Upon the Court | |
| | Filed By: | Washtour, Ter Tooch |
| | File Stamp: | 09/10/2024 |
| 09/16/2024 | **Hearing** | |
| | Session: | |
| | | 09/16/2024 11:00 AM, Judicial Officer: Avery, David J |
| | Comment: | Motion to Dismiss and case management conference. |
| | Result: | Commenced and recessed |
| 09/16/2024 | **Hearing Journal Entry** | |
| | Case management conference commences and is continued. | |
| | Judicial Officer: | Avery, David J |
| | Present: | Washtour, Ter Tooch |
| | Present: | Collier, Stefanie Kempfer |
| | Hearing Date: | 09/16/2024 |
| 09/16/2024 | **Order Issued** | |
| | Case management conference commences. Defendant informs the Court that he intends to represent himself. Hearing is conducted on the Defendant's Motion to Dismiss. The Court takes the motion under advisement. The case management conference is continued to be reset depending on the outcome of the Defendant's Motion to Dismiss. | |
| | Judicial Officer: | Avery, David J |
| | Order Signed: | 09/16/2024 |
| 09/17/2024 | **Automated ENotice Issued to Parties** | |
| | Order Issued ---- 9/16/2024 : Stefanie Kempfer Collier;Ter Tooch Washtour | |
| 09/17/2024 | **Notice of Dismissal Filed** | |
| | NOTICE OF VOLUNTARY DISMISSAL | |
| | Filed By: | Consumers Credit Union |
| | File Stamp: | 09/17/2024 |
| 09/19/2024 | **Order Issued** | |
| | Order of Dismissal | |
| | Judicial Officer: | Avery, David J |
| | Order Signed: | 09/19/2024 |
| 09/20/2024 | **Automated ENotice Issued to Parties** | |
| | Order Issued ---- 9/19/2024 : Stefanie Kempfer Collier;Ter Tooch Washtour | |

## Financial Information

* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

**Consumers Credit Union**
Plaintiff

**Balance Due** (as of 09/20/2024)
0.00

### Charge Summary

| Description | Amount | Credit | Payment |
| --- | --- | --- | --- |
| Court Costs and Filing Fees | 260.00 | 0.00 | 260.00 |

### Transaction Summary

| Date | Description | Amount |
| --- | --- | --- |
| 07/03/2024 | Transaction Assessment | 260.00 |
| 07/03/2024 | Electronic Payment | (260.00) |

17. Although Plaintiff has made demand upon Defendant to liquidate the balance due and owing, Defendant has failed to do so.

18. Pursuant to the Loan and Security Agreements and Disclosure Statement, Plaintiff is entitled to recover its costs that are expended in the collection or enforcement of the obligation, including, but not limited to, its reasonable attorney's fees.

19. This communication is from a debt collector attempting to collect this debt for the current creditor and any information obtained will be used for that purpose.

WHEREFORE, Plaintiff respectfully requests that this Court enter an order:

1. Granting Plaintiff Judgment for possession of the 2018 Honda Civic, which bears vehicle identification number SHHFK7G43JU217856 for the reasons stated herein and an Order for the Sheriff of this County or the Sheriff of any other county in which the property may be found to take the property into his/her custody and immediately place such property in the possession of Plaintiff; and

2. Granting Plaintiff Judgment in the principal sum of $21,044.26, plus reasonable attorney's fees, court costs and all other just and proper relief.

WELTMAN, WEINBERG & REIS CO., L.P.A.

/s/ Stefanie Kempfer Collier
Stefanie Kempfer Collier (36537-49)
Attorney for Plaintiff
965 Keynote Circle
Cleveland, OH 44131
Phone: (216) 685-1122
Facsimile: (216) 363-6913
E-mail: scollier@weltman.com





**Indiana Secretary of State**

PROCESSING DATE: 01/15/2024
ORDER NUMBER: 202401153010355

# UCC SEARCH CERTIFICATE

## INFORMATION REQUEST OPTIONS

Search Certificate-Copies

Lapsed and Unlapsed Records

## COPY FILTER OPTIONS

Copies Limited By:

City and State: Not Requested
From Date: Not Requested
Secured Party: Not Requested

## DEBTOR SEARCH CRITERIA

**INDIVIDUAL NAME**
SURNAME: Washtour
FIRST PERSONAL NAME: Ter
ADDITIONAL NAME(S)/INITIALS:
SUFFIX: 46803

**CITY AND STATE:** Fort Wayne, IN
A search limited to a particular city may not reveal all filings against the debtor searched and the searcher bears the risk of relying on such a search.

## SEARCH RESULTS

Number of Liens: 0
Number of Pages in the Search Certificate: 2
Number of Images: 0

## SEARCH RESULT BEGINS ON PAGE TWO (2).

Certificate 202401153148919, Page 1 of 2