| 09/12/2024 | Document Filed |  |
|---|---|---|
|  | Notice of Interest |  |
|  | Filed By: | Washtour, Ter Tooch |
|  | File Stamp: | 09/09/2024 |

| 09/12/2024 | **Motion Filed** |  |
|---|---|---|
|  | Motion to Dismiss Due to Faud Upon the Court |  |
|  | Filed By: | Washtour, Ter Tooch |
|  | File Stamp: | 09/10/2024 |

| 09/16/2024 | Hearing |  |
|---|---|---|
|  | Session: |  |
|  | 09/16/2024 11:00 AM, Judicial Officer: Avery, David J |  |
|  | Comment: | Motion to Dismiss and case management conference. |
|  | Result: | Commenced and recessed |

| 09/16/2024 | Hearing Journal Entry |  |
|---|---|---|
|  | Case management conference commences and is continued. |  |
|  | Judicial Officer: | Avery, David J |
|  | Present: | Washtour, Ter Tooch |
|  | Present: | Collier, Stefanie Kempfer |
|  | Hearing Date: | 09/16/2024 |

| 09/16/2024 | Order Issued |  |
|---|---|---|
|  | Case management conference commences. Defendant informs the Court that he intends to represent himself. Hearing is conducted on the Defendant's Motion to Dismiss. The Court takes the motion under advisement. The case management conference is continued to be reset depending on the outcome of the Defendant's Motion to Dismiss.. |  |
|  | Judicial Officer: | Avery, David J |
|  | Order Signed: | 09/16/2024 |

| 09/17/2024 | Automated ENotice Issued to Parties |  |
|---|---|---|
|  | Order Issued ---- 9/16/2024 : Stefanie Kempfer Collier;Ter Tooch Washtour |  |

| 09/17/2024 | **Notice of Dismissal Filed** |  |
|---|---|---|
|  | NOTICE OF VOLUNTARY DISMISSAL |  |
|  | Filed By: | Consumers Credit Union |
|  | File Stamp: | 09/17/2024 |

| 09/19/2024 | **Order Issued** |  |
|---|---|---|
|  | Order of Dismissal |  |
|  | Judicial Officer: | Avery, David J |
|  | Order Signed: | 09/19/2024 |

| 09/20/2024 | Automated ENotice Issued to Parties |  |
|---|---|---|
|  | Order Issued ---- 9/19/2024 : Stefanie Kempfer Collier;Ter Tooch Washtour |  |

## Financial Information

* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

**Consumers Credit Union**
Plaintiff

Balance Due (as of 09/21/2024)
0.00

### Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 260.00 | 0.00 | 260.00 |

### Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 07/03/2024 | Transaction Assessment | 260.00 |
| 07/03/2024 | Electronic Payment | (260.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

| Total current amount due: | $407.76 |
|---|---|

### Account: E951999315

| Pay by Account | Pay by Group |
|---|---|

○ **$270.28** - Past Due Amount Only

 **$407.76** - Current Amount Due On 10/03/2024

○ Other amount

| Due Date: | 10/03/2024 |
|---|---|
| Current Balance: | $13,370.61 |
| Regular Monthly Payment Amount: | $132.80 |

## Payment Summary

Payment Date
09/23/2024

| Total Payment: | $407.76 |
|---|---|

**Continue**